# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA

- v -

_____Renee Hoberman_____

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**
Case No(s).: **24-cr-0463-JS-LGD**
Date: **1/8/2025**
Start Time: **10:51 AM**　　Total Time: 10 mins.

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

## I. APPEARANCES:

Defendant (# **1** ): **Renee Hoberman**
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Surrendered

Counsel: **Evan Sugar**
☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Government: **Kaitlin McTague**

Pretrial Services: _____
Probation Dept.: _____
Other Appearances: _____

Interpreter(s): _____
Language: _____
Court Reporter(s): **Marie Foley**

FTR Time(s): _____
Courtroom Deputy: Eric L. Russo

## II. PROCEEDINGS HELD:

☑ In-Person
☐ By Telephone
☐ By Video

☐ Arraignment (*see pg. 2*)
☐ Bond Hearing (*see pg. 5*)
☐ Curcio Hearing (*see pg. 3*)
☐ Detention Hearing (*see pg. 5*)
☐ Evidentiary Hearing (*see pg. 2*)
☐ Fatico Hearing (*see pg. 2*)

☐ Initial Appearance (*see pg. 2*)
☐ Jury Deliberation (*see pg. 3*)
☐ Jury Selection (*see pg. 3*)
☐ Jury Trial (*see pg. 3*)
☐ Motion Hearing (*see pg. 2*)

☐ Plea Hearing (*see pg. 4*)
☐ Pre-Trial Conference (*see pg. 2*)
☐ Resentencing (*see pg. 4*)
☐ Sentencing (*see pg. 4*)
☑ Status Conference (*see pg. 2*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☑ Status Conference _____ held as to the charges outlined in the Indictment filed 11/14/2024 _____.

☐ This was an initial appearance before this Court by Defendant ____1____.

☐ Defendant _____ waived Indictment.

　☐ Waiver of Indictment executed by Defendant _____.

☐ Defendant _____ waived the public reading of the charging instrument.

☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.

☐ The Government was advised of, and acknowledged, its obligation under F.R.Cr.P. Rule 5(f) and the Due Process Protections Act.

　☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.

☐ Defendant _____ entered a plea of NOT GUILTY as to all counts of the charging instrument.

☑ The parties advised the Court of the status of the case.

☑ Defendant ____1____ consented to the exclusion of Speedy Trial time from __1/8/2025__ to __2/21/2025__ pursuant to Title 18, United States Code, Section 3161(h)(7)(A): Time excluded due to other factors/circumstances and/or in the interest of justice _____.

☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.

☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161 _____.

☐ The Court deemed, or previously deemed, this case complex and Speedy Trial time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).

☐ The Court deemed, or previously deemed, this case TRIAL READY.

　☐ The Court set the following pre-trial submission schedule:

　　☐ The Government shall turn over all 3500 material and 404(b) evidence to the defendant(s) by _____.

　　☐ Motion(s) in Limine and all supporting papers shall be filed by _____.

　　☐ Opposition(s) to Motions in Limine and all supporting papers shall be filed by _____.

　　☐ Reply(ies) to Motions in Limine and all supporting papers shall be filed by _____.

　　☐ Proposed voir dire questions and a brief case summary shall be filed by _____.

　　☐ Proposed exhibits and a witness list shall be filed by _____.

　　☐ Proposed jury charge and verdict sheet shall be filed by _____.

　　☐ The Court will not grant any extensions of the deadlines set forth above.

　　☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).

　　☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".

　☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.

　☐ The Court will enter a separate order outlining the pre-trial submission schedule.

☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.


☐ _____ Hearing held.

☐ Hearing held regarding _____.

☐ The parties presented their oral arguments to the Court.

☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).

☐ Exhibits were entered into evidence.

☐ The following briefing schedule was set:

　☐ _____ shall file and serve the motion and all supporting papers by _____.

　☐ _____ shall file and serve the opposition to the motion and all supporting papers by _____.

　☐ _____ shall file and serve the cross-motion and all supporting papers by _____.

　☐ _____ shall file and serve the reply and all supporting papers by _____.

　☐ _____ shall file and serve the opposition to the cross motion and all supporting papers by _____.

　☐ _____ shall file and serve the reply to the cross motion and all supporting papers by _____.

　☐ The Court will not grant any extensions of the deadlines set forth above.

　☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).

☐ The parties were directed to file a proposed briefing schedule on or before _____.

☐ The Court will enter a separate order outlining the briefing schedule.

☐ The Court made the following ruling(s):

　☐ GRANTED as to _____.

　☐ DENIED as to _____.

　☐ GRANTED, in part, as to _____.

　☐ Decision RESERVED as to _____.

☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.

☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
  ☐ Attorney _____ (☐ Federal Defender ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
  ☐ The parties presented their oral arguments to the Court.
  ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
  ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
  ☐ The defendant requested that current counsel be relieved and:
    ☐ that the defendant will retain new counsel.
      ☐ The defendant must retain new counsel: ☐ by _____; ☐ within _____ of this hearing.
    ☐ that the Court appoint new counsel.
      ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
  ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection/Voir Dire held.
  ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered; ☐ _____.
  ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
  ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
  ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
  ☐ A jury of _____, with _____ alternates, previously selected by _____, are satisfactory to all parties.
  ☐ The selected jurors were sworn as trial jurors.
  ☐ The jurors were given preliminary instructions by the Court.
  ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
  ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
  ☐ Exhibit(s) were entered into evidence.
  ☐ The Government rested its case.
  ☐ The defense rested its case.
  ☐ A Charge Conference was held with the Court and counsel.
  ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
  ☐ The Court charged the jury.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberation held.
  ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
  ☐ Jury Notes were received and marked as Court Exhibits.
  ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
  ☐ The jury rendered the following verdict:
    ☐ _____ on Count(s): _____ as to Defendant _____.
    ☐ _____ on Count(s): _____ as to Defendant _____.
    ☐ _____ on Count(s): _____ as to Defendant _____.
    ☐ _____ on Count(s): _____ as to Defendant _____.
  ☐ The jurors were polled as to their verdict.
  ☐ The Verdict Sheet was received and marked as a Court Exhibit.
  ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
    ☐ Jury Notes were received and marked as Court Exhibits.
    ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
    ☐ The jurors were polled as to their verdict.
    ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
  ☐ The jurors, including alternates, were excused with the thanks of the Court.
  ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
  ☐ The Court's Standard Plea Form was executed by the parties.
  ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
  ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
  ☐ The Court found that there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
  ☐ An Order of Forfeiture was executed.
  ☐ The Court ordered the U.S. Probation Department to prepare and submit an EXPEDITED Presentence Investigation Report.
  ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
  ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  ☐ The parties WAIVED the preparation of the Presentence Investigation Report.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ _____ held as to count(s) _____ of the _____-count _____.
  ☐ The parties advised the Court that there are no objections or corrections to the Presentence Investigation Report.
  ☐ Objections/Corrections to the Presentence Investigation Report were outlined on the record by: ☐ Defense Counsel; ☐ the Government.
  ☐ The Court adopted the Presentence Investigation Report without change.
  ☐ Changes to the Presentence Investigation Report were made by the Court as stated on the record.
  ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government.
    ☐ Additional presentations were made to the Court by: ☐ the victim(s); ☐ _____; ☐ _____.
  ☐ The defendant was sentenced to IMPRISONMENT for a total term of _____.
    ☐ Upon release, the defendant shall be on SUPERVISED RELEASE for a total term of _____.
      ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
        ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
      ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
    ☐ The Court did not impose a term of Supervised Release.
  ☐ The defendant was sentenced to TIME SERVED; the post-sentencing report form was executed and sent to the U.S. Probation Department.
  ☐ The defendant was sentenced to PROBATION for a total term of _____.
    ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
      ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
  ☐ The defendant must pay the following criminal monetary penalties:
    ☐ RESTITUTION in the amount of $ _____.
      ☐ An Order of Restitution was executed.
    ☐ A FINE in the amount of $ _____.
    ☐ A SPECIAL ASSESSMENT fine in the amount of $ _____.
    ☐ An AVAA ASSESSMENT fine in the amount of $ _____.
    ☐ A JVTA ASSESSMENT fine in the amount of $ _____.
  ☐ The interest requirement on any of the criminal monetary penalties:
    ☐ was ordered on the amounts of more than $2,500.00.
    ☐ was modified by the Court as stated on the record.
    ☐ was waived/not ordered/not applicable.
  ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
  ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
  ☐ A Final Order of Forfeiture was executed and will be included as part of the judgment.
  ☐ All other conditions shall remain in effect as previously ordered by the Court on _____.
  ☐ The defendant's RIGHT TO APPEAL the Court's sentence:
    ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
    ☐ is preserved. The defendant may file an appeal within fourteen (14) days of the date that the judgment is entered, not filed.
  ☐ All open counts in the outstanding charging instrument(s) were dismissed on the motion of the United States.
  ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ _____ Hearing held.
- ☐ Defendant _____ did not present a bond application to the Court.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
- ☐ The bond application/modification was GRANTED as to Defendant _____.
  - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The bond application/modification was DENIED as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
- ☐ The Government moved for immediate detention of Defendant _____.
  - ☐ The motion was ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
  - ☐ An Arrest Warrant was executed as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The decision regarding the bond or detention application was RESERVED.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
  - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☑ Defendant _____1_____ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
- ☐ A Medical Evaluation Order as to Defendant _____.
- ☐ A Competency Order as to Defendant _____.
- ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
- ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
- ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
- ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☐ Defendant _____ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before 2:00 PM on _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
- ☐ The U.S. Marshals Voluntary Surrender form was executed.
- ☐ Any motion to extend the surrender date must be made at least a thirty (30) days prior to the ordered surrender date.
- ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), SHALL BE RELEASED FROM ALL CONDITIONS OF SUPERVISION, FORTHWITH.

## V. FURTHER PROCEEDINGS SET:

☐  No further proceedings have been set at this time.

☐  Bond Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Curcio Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Detention Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Evidentiary Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Fatico Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Jury Deliberation as to Defendant _____ is set for/shall continue on _____ at _____.

☐  Jury Selection as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Jury Trial as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Motion Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Plea Hearing as to Defendant _____ is set for _____ at _____
   before _____, _____.

☐  Pre-Trial Conference as to Defendant _____ is set for _____ at _____
   before _____, _____.

☑  Status Conference as to Defendant ____1____ is set for __2/21/2025__ at __10:30 AM__
   before Judge Joanna Seybert_____, in Courtroom 1030_____.

☐  Sentencing as to Defendant _____ is set for _____ at _____
   before _____, _____.
   **SEE RULE VII(D)(2) OF THE COURT'S INDIVIDUAL RULES FOR THE FILING OF SENTENCING MEMORANDA.**
   ☐  The Government's sentencing memorandum is due by _____.
   ☐  The defendant's sentencing memorandum is due by _____.
   ☐  All sentencing memorandums have been filed. Further sentencing submissions **will not be accepted** without prior, written, Court approval.
   ☐  The Government waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.
   ☐  Defense counsel waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.

☐  Resentencing as to Defendant _____ is set for _____ at _____
   before _____, _____.
   **SEE RULE VII(D)(2) OF THE COURT'S INDIVIDUAL RULES FOR THE FILING OF SENTENCING MEMORANDA.**
   ☐  The Government's sentencing memorandum is due by _____.
   ☐  The defendant's sentencing memorandum is due by _____.
   ☐  All sentencing memorandums have been filed. Further sentencing submissions **will not be accepted** without prior, written, Court approval.
   ☐  The Government waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.
   ☐  Defense counsel waived the filing of a sentencing memorandum and/or reserved the right to make an oral presentation at sentencing.

☐  The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐  The Court ordered the proceeding(s) above to be held by video, **via ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date for the proceeding approaches.

☐  See Section VI and/or Section VII (*page 7*) for additional details regarding the proceeding(s) set.

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was deemed SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ The Court made the following rulings:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):