U.S. Department of Justice

United States Attorney
Eastern District of New York

610 Federal Plaza
Central Islip, New York 11722

KCM
F. #2024R00854

June 12, 2025

By Email and ECF

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Renee Hoberman
              Criminal Docket No. 24-463 (JS)

Dear Judge Brown:

      The parties in the above-captioned matter hereby submit a joint report regarding the status of this case. The parties continue to engage in plea negotiations and believe a disposition short of trial is likely to occur.

      The parties thus respectfully request that the status conference scheduled for June 13, 2025, be adjourned until June 18, 2025, at 1:30 p.m., when the parties understand the Court is next available. The parties also request that the time between June 13, 2025 and June 18, 2025 be excluded under the Speedy Trial Act, so that the parties can continue to engage in plea negotiations. Defense counsel consents to the request to exclude time.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/ Kaitlin C. McTague
      Kaitlin C. McTague
      Assistant U.S. Attorney
      (631) 715-7878

cc:    Clerk of the Court (JS) (by ECF)
       Evan Sugar, Esq. (by Email and ECF)