# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **2:24-cr-00463 (JS)** |
| _____ RENEE HOBERMAN _____ | Date: **06/18/2025** |
| | Start Time: **1:51 PM** Total Time: 15 Minutes |

## MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

## I. APPEARANCES:

Defendant (# **001** ): **Renee Hoberman** _____  Counsel: **Evan Sugar** _____
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

| | | | |
|---|---|---|---|
| Government: | **Kaitlin Curran McTague** | Interpreter(s): | _____ |
| | _____ | Language: | _____ |
| Pretrial Services: | _____ | Court Reporter(s): | **Denise Parisi** |
| Probation Dept.: | _____ | | _____ |
| Other Appearances: | **Maryssa Deliteris, Federal Defenders Office** | FTR Time(s): | _____ |
| | _____ | Courtroom Deputy: | Doreen Flanagan |
| | _____ | | |

## II. PROCEEDINGS HELD:

☑ In-Person        ☐ Arraignment (*see pg. 2*)        ☐ Initial Appearance (*see pg. 2*)        ☑ Plea Hearing (*see pg. 4*)
☐ By Telephone     ☐ Bond Hearing (*see pg. 5*)       ☐ Jury Deliberation (*see pg. 3*)        ☐ Pre-Trial Conference (*see pg. 2*)
☐ By Video         ☐ Curcio Hearing (*see pg. 3*)     ☐ Jury Selection (*see pg. 3*)           ☐ Resentencing (*see pg. 4*)
                   ☐ Detention Hearing (*see pg. 5*)  ☐ Jury Trial (*see pg. 3*)               ☐ Sentencing (*see pg. 4*)
                   ☐ Evidentiary Hearing (*see pg. 2*) ☐ Motion Hearing (*see pg. 2*)          ☐ Status Conference (*see pg. 2*)
                   ☐ Fatico Hearing (*see pg. 2*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☐ _____ held as to _____.
    ☐ This was an initial appearance before this Court by Defendant _____.
    ☐ Defendant _____ waived Indictment.
        ☐ Waiver of Indictment executed by Defendant _____.
    ☐ Defendant _____ waived the public reading of the charging instrument.
    ☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
    ☐ The Government was advised of, and acknowledged, its obligation under F.R.Cr.P. Rule 5(f) and the Due Process Protections Act.
        ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
    ☐ Defendant _____ entered a plea of NOT GUILTY as to all counts of the charging instrument.
    ☐ The parties advised the Court of the status of the case.
    ☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161 _____.
    ☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
    ☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161 _____.
    ☐ The Court deemed, or previously deemed, this case COMPLEX and Speedy Trial time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).
    ☐ The Court deemed, or previously deemed, this case TRIAL READY.
        ☐ The Court set the following pre-trial submission schedule:
            ☐ The Government shall turn over all 3500 material and 404(b) evidence to the defendant(s) by: _____
            ☐ Motion(s) in Limine and all supporting papers shall be filed by: _____
            ☐ Opposition(s) to Motions in Limine and all supporting papers shall be filed by: _____
            ☐ Reply(ies) to Motions in Limine and all supporting papers shall be filed by: _____
            ☐ Proposed voir dire questions and a brief case summary shall be filed by: _____
            ☐ Proposed exhibits and a witness list shall be filed by: _____
            ☐ Proposed jury charge and verdict sheet shall be filed by: _____
            ☐ The Court will not grant any extensions of the deadlines set forth above.
            ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
            ☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".
        ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
        ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    ☐ See Section VI and/or Section VII (page 7) for additional details and/or rulings.

☐ _____ Hearing held.
    ☐ Hearing held regarding _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibits were entered into evidence.
    ☐ The following briefing schedule was set:
        ☐ _____ shall file and serve the motion and all supporting papers by: _____
        ☐ _____ shall file and serve the opposition to the motion and all supporting papers by: _____
        ☐ _____ shall file and serve the cross-motion and all supporting papers by: _____
        ☐ _____ shall file and serve the reply and all supporting papers by: _____
        ☐ _____ shall file and serve the opposition to the cross motion and all supporting papers by: _____
        ☐ _____ shall file and serve the reply to the cross motion and all supporting papers by: _____
        ☐ The Court will not grant any extensions of the deadlines set forth above.
        ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
    ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    ☐ The Court will enter a separate order outlining the briefing schedule.
    ☐ The Court made the following ruling(s):
        ☐ GRANTED, as to: _____.
        ☐ DENIED, as to: _____.
        ☐ GRANTED, in part, as to: _____.
        ☐ Decision RESERVED, as to: _____.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section VI and/or Section VII (page 7) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
   ☐ Attorney _____ (☐ Federal Defender ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
   ☐ The parties presented their oral arguments to the Court.
   ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
   ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
   ☐ The defendant requested that current counsel be relieved and:
       ☐ that the defendant will retain new counsel.
           ☐ The defendant must retain new counsel: ☐ by _____; ☐ within _____ of this hearing.
       ☐ that the Court appoint new counsel.
           ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
   ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
   ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection/Voir Dire held.
   ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered; ☐ _____.
   ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
   ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
   ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
   ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
   ☐ A jury of _____, with _____ alternates, previously selected by _____, are satisfactory to all parties.
   ☐ The selected jurors were sworn as trial jurors.
   ☐ The jurors were given preliminary instructions by the Court.
   ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
   ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
   ☐ Exhibit(s) were entered into evidence.
   ☐ The Government rested its case.
   ☐ The defense rested its case.
   ☐ A Charge Conference was held with the Court and counsel.
   ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
   ☐ The Court charged the jury.
   ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberation held.
   ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
   ☐ Jury Notes were received and marked as Court Exhibits.
   ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
   ☐ The jury rendered the following verdict:
       ☐ _____ on Count(s): _____ as to Defendant _____.
       ☐ _____ on Count(s): _____ as to Defendant _____.
       ☐ _____ on Count(s): _____ as to Defendant _____.
       ☐ _____ on Count(s): _____ as to Defendant _____.
   ☐ The jurors were polled as to their verdict.
   ☐ The Verdict Sheet was received and marked as a Court Exhibit.
   ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
       ☐ Jury Notes were received and marked as Court Exhibits.
       ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
       ☐ The jurors were polled as to their verdict.
       ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
   ☐ The jurors, including alternates, were excused with the thanks of the Court.
   ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
   ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Plea Hearing held as to count(s) _____One_____ of the _____Four-count Indictment filed on November 14, 2024_____.

    ☑ The Court's Standard Plea Form was executed by the parties.

    ☑ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.

    ☑ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).

    ☑ The Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.

    ☐ An Order of Forfeiture was executed.

    ☐ The Court ordered the U.S. Probation Department to prepare and submit an EXPEDITED Presentence Investigation Report.

    ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.

    ☑ The Conviction Notification Form was executed and sent to the U.S. Probation Department.

    ☐ The parties WAIVED the preparation of the Presentence Investigation Report.

    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ _____ held as to count(s) _____ of the _____-count _____.

    ☐ The parties advised the Court that there are no objections or corrections to the Presentence Investigation Report.

    ☐ Objections/Corrections to the Presentence Investigation Report were outlined on the record by: ☐ Defense Counsel; ☐ the Government.

    ☐ The Court adopted the Presentence Investigation Report without change.

    ☐ Changes to the Presentence Investigation Report were made by the Court as stated on the record.

    ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government.

        ☐ Additional presentations were made to the Court by: ☐ the victim(s); ☐ _____; ☐ _____.

    ☐ The defendant was sentenced to IMPRISONMENT for a total term of:

        ☐ TIME SERVED. The post-sentencing report form was executed and sent to the U.S. Probation Department.

        ☐ _____.

        ☐ Upon release, the defendant shall be on SUPERVISED RELEASE for a total term of _____.

            ☐ The defendant shall comply with the mandatory and standard conditions of supervision.

                ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.

            ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.

        ☐ The Court did not impose a term of Supervised Release.

    ☐ The defendant was sentenced to PROBATION for a total term of _____.

        ☐ The defendant shall comply with the mandatory and standard conditions of supervision.

            ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.

        ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.

    ☐ The defendant must pay the following criminal monetary penalties:

        ☐ RESTITUTION in the amount of:            $ _____

            ☐ An Order of Restitution was executed.

        ☐ A FINE in the amount of:            $ _____

        ☐ A SPECIAL ASSESSMENT fine in the amount of:    $ _____

        ☐ An AVAA ASSESSMENT fine in the amount of:    $ _____

        ☐ A JVTA ASSESSMENT fine in the amount of:    $ _____

    ☐ The interest requirement on any of the criminal monetary penalties:

        ☐ was ordered on the amounts of more than $2,500.00.

        ☐ was modified by the Court as stated on the record.

        ☐ was waived/not ordered/not applicable.

    ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.

    ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.

    ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.

    ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.

    ☐ An Order of Forfeiture was executed and will be included as part of the judgment.

    ☐ All other conditions shall remain in effect as previously ordered by the Court on _____.

    ☐ The defendant's RIGHT TO APPEAL the Court's sentence:

        ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).

        ☐ is preserved. The defendant may file an appeal within fourteen (14) days of the date that the judgment is entered, not filed.

    ☐ All open counts in the outstanding charging instrument(s) were dismissed on the motion of the United States.

    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ _____ Hearing held.
- ☐ Defendant _____ did not present a bond application to the Court.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
- ☐ The bond application/modification was GRANTED as to Defendant _____.
  - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The bond application/modification was DENIED as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
- ☐ The Government moved for immediate detention of Defendant _____.
  - ☐ The motion was ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
  - ☐ An Arrest Warrant was executed as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The decision regarding the bond or detention application was RESERVED.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
  - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

### For a defendant currently IN-CUSTODY:

☐ Defendant _____ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
- ☐ A Medical Evaluation Order as to Defendant _____.
- ☐ A Competency Order as to Defendant _____.
- ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
- ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
- ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
- ☐ The defendant will not serve a term of Supervised Release.

### For a defendant currently AT LIBERTY:

☐ Defendant _____ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before 2:00 PM on _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
- ☐ The U.S. Marshals Voluntary Surrender form was executed.
- ☐ Any motion to extend the surrender date must be made at least a thirty (30) days prior to the ordered surrender date.
- ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), SHALL BE RELEASED FROM ALL CONDITIONS OF SUPERVISION, FORTHWITH.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time for Defendant _____.

☑ The following proceeding has been set for Defendant _____1_____:
    ☑ Sentencing_____ is set for **11/18/2025** at **1:30 PM** before Judge Joanna Seybert_____, in Courtroom 1030_____.
        ☑ The Government's sentencing memorandum is due by: ___11/11/2025___
        ☑ The defendant's sentencing memorandum is due by: ___11/11/2025___
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☑ The parties are directed to file their sentencing memoranda in accordance with the Court's Individual Rules (see Rule VII(D)(2)).

☐ The Court ordered one or more of the proceedings above to be held telephonically. The parties are directed to initiate a conference call among themselves, then they are to call the Court's Courtroom Deputy at the following number: **631-712-5615**.

☐ The Court ordered one or more of the proceedings above to be held by video, **via ZoomGov**. The parties on the case will be sent a separate notice by the Court's Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date for the proceeding approaches.

☐ See Section VI and/or Section VII (*page 7*) for additional details regarding the proceeding(s) set.

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was ordered SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ The Court made the following rulings:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):