JS Standard Plea Form (rev. 11/24)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. 1 of 8

★ JUN 18 2025 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
### Eastern District of New York

UNITED STATES OF AMERICA

- v -

RENEE HOBERMAN, a/k/a "Rina"
*Defendant*

Case No.: 2:24 - cr - 00463 - JS

## STANDARD PLEA FORM

**INSTRUCTIONS:**

The following are a series of questions that Judge Joanna Seybert, Senior United States District Court Judge, requires the parties to answer to help ensure that the defendant's guilty plea will be valid. The parties are obligated to read and complete **ALL** the questions below **BEFORE** appearing for the Plea Hearing. **NO QUESTION CAN REMAIN BLANK.**

The Government **MUST ANSWER** questions **1 THROUGH 6** (*at pages 2 and 3*) **BEFORE** the defendant and defense counsel complete the remainder of the form (*beginning at page 4*).

Unless otherwise stated after the question, any questions that the defendant answers "**NO**" to will be addressed in open court by the presiding judge.

Upon completion of this form, **ALL** parties must sign the signature page (*at page 9*) and submit it to the presiding judge's Courtroom Deputy at least **ONE BUSINESS DAY BEFORE** the Plea Hearing. During the proceeding, the presiding judge may review this form with the parties, which may include asking some, or all, of these questions again requiring verbal responses from each of the parties being addressed.

At the beginning of the proceeding, the defendant will be sworn in. Once sworn in, the defendant's answers to the questions will be subject to the penalties of perjury, or of making false statements, if the defendant does not answer truthfully. If the defendant does not understand any of the questions, the defendant must bring that to the judge's attention and the question will be reworded until the defendant understands it. If the defendant would like to confer with defense counsel before answering any of the questions, the defendant must bring that to the judge's attention and the judge will give the defendant that opportunity.

**NOTE**: If the Plea Hearing is being held before a **United States Magistrate Judge**, and that judge finds that the defendant's guilty plea is valid, a **recommendation** will be made to Judge Seybert that the guilty plea should be accepted. Judge Seybert will then review the transcripts of the Plea Hearing and, if deemed acceptable, will issue an order accepting the defendant's guilty plea.

**TO THE GOVERNMENT:**

(1) Which count, or counts, will the defendant be pleading guilty to?
    Count(s) _____One_____ of the ☐ Superseding ☐ Information ☒ Indictment.

(2) What are the **elements** of the crime, or crimes, that the defendant is charged with?
    (*Please print clearly and legibly.*)

To convict the defendant of Title 18 U.S.C. Section 2252(a)(2), the government must prove, beyond a reasonable doubt:

(1) The defendant knowingly distributed or received child pornography;
(2) The materials depict actual minors engaged in sexually explicit conduct;
(3) Before distributing or receiving images, the defendant was aware of the sexually explicit nature and character of the materials and that visual depictions are of minors engaged in sexually explicit conduct; and
(4) The images were distributed or received by the defendant using any means or facility of interstate or foreign commerce, including a computer.

See 3 Modern Federal Jury Instructions- Criminal P 62.02

Furthermore, the defendant admits this conduct occurred in the Eastern District of New York.

(3) What are the **maximum penalties** for each count that the defendant will be pleading guilty to?
    (*For multiple counts with varying penalties, fill-in the following as needed.*)

(3.1) The maximum penalty under Count ___One___ is _____20_____ ☐ months ☒ years imprisonment with a ___5___ year term of Supervised Release to follow, plus a fine of $ _250,000_____.

(3.2) The maximum penalty under Count _____ is _____ ☐ months ☐ years imprisonment with a _____ year term of Supervised Release to follow, plus a fine of $_____.

(3.3) The maximum penalty under Count _____ is _____ ☐ months ☐ years imprisonment with a _____ year term of Supervised Release to follow, plus a fine of $_____.

(3.4) The maximum penalty under Count _____ is _____ ☐ months ☐ years imprisonment with a _____ year term of Supervised Release to follow, plus a fine of $_____.

(3.5) The maximum penalty under Count _____ is _____ ☐ months ☐ years imprisonment with a _____ year term of Supervised Release to follow, plus a fine of $_____.

(4) If this case went to trial, what **evidence** of the crime, or crimes, that the defendant is charged with would be presented to the jury?
   (*Please print clearly and legibly.*)

> The government would introduce at trial: cellphone evidence and communications documenting the defendant's receipt and distribution of child sexual abuse materials, including the video charged in Count 1 of the indictment, third-party business records, search warrant affidavits, the defendant's statement admitting to the charged offenses, and witness testimony from law enforcement agents regarding the defendant's receipt and distribution of child sexual abuse materials.

(5) What **agreement, if any,** does the Government have with the defendant concerning the guilty plea and sentence?
   (*Please print clearly and legibly.*)

> See plea agreement.

(6) What is the **waiver of appeal,** or **other waiver of rights,** included in the plea/cooperation agreement?
   (*Please print clearly and legibly.*)

> The defendant agrees not to file an appeal or otherwise challenge, by petition pursuant to 28 U.S.C. § 2255 or any other provision, (a) the conviction, (b) the incarceratory portion of the sentence in the event that the Court imposes a term of imprisonment of 168 months or below, (c) the duration of supervised release if it is less than or equal to the statutory maximum, or (d) any condition of supervised release about which the defendant has notice prior to sentencing and an opportunity to object. This waiver is binding without regard to the sentencing analysis used by the Court. The defendant waives all defenses based on the statute of limitations and venue with respect to any prosecution that is not time-barred on the date that this agreement is signed in the event that (a) the defendant's conviction is later vacated for any reason, (b) the defendant violates this agreement, or (c) the defendant's plea is later withdrawn. The defendant further waives the right to raise on appeal or on collateral review any argument that (a) the statute(s) to which the defendant is pleading guilty is unconstitutional and (b) the admitted conduct does not fall within the scope of the statute(s). Nothing in the foregoing waiver of appellate and collateral review rights shall preclude the defendant from raising a claim of ineffective assistance of counsel in an appropriate forum. The defendant waives any right to additional disclosure from the government in connection with the guilty plea.

## TO DEFENSE COUNSEL:

(7) Do you have any doubt as to the **defendant's competency** to understand what will take place during the Plea Hearing or the defendant's ability to plead guilty?
   *(If you select "Yes", stop and contact the Court immediately.)*
   YES _____ NO __X__

(8) Do you know any **legal reason** why the defendant **should not** plead guilty?
   *(If you select "Yes", stop and contact the Court immediately.)*
   YES _____ NO __X__

(9) Have you **reviewed the following with the defendant**: 1) this plea form, 2) the plea/cooperation agreement, and 3) the effects of what pleading guilty will have on the defendant going forward if the plea is accepted?
   *(If you select "No", stop and contact the Court immediately.)*
   YES __X__ NO _____

(10) Do you believe that the **defendant understands all the rights that will be waived** by pleading guilty?
   *(If you select "No", stop and contact the Court immediately.)*
   YES __X__ NO _____

## TO THE DEFENDANT:

(11) Once you are **sworn in**, the answers to the following questions will be subject to the **penalties of perjury**, or of making false statements, if you do not answer them truthfully. If you do not understand any of the questions, during the Plea Hearing, please say so and the question will be reworded until you understand it. Also, if during the proceeding you would like to confer with your attorney before answering any of the questions, please say so and you will be given that opportunity. Do you understand that?
   YES __X__ NO _____

(12) What is your full name? *(First, Middle, Last)* __Renee Hoberman_____

(13) How old are you? __37_____

(14) What is the highest schooling or education you have? __Masters Degree_____

(15) Are you a citizen of the United States?
   *(If you select "Yes", answer question 16. If you select "No", proceed to question 17.)*
   YES __X__ NO _____

(16) Are you a **naturalized citizen** of the United States?
   *(If you select "Yes", answer questions 16.1, 16.2, and 16.3. If you select "No", proceed to question 17.)*
   YES _____ NO __X__

(16.1) Have you discussed with your attorney whether your guilty plea will have any effect on your ability to **remain in this country**?
   YES _____ NO _____

(16.2) Do you understand that as a **naturalized citizen**, by pleading guilty to the crime, or crimes, (*as described in question 2*), you could be subject to a **denaturalization proceeding** and **potential removal** from the United States?
   YES _____ NO _____

(16.3) Are you satisfied that **you understand** the effect that your guilty plea may have on your right to **remain in this country** after you serve any sentence imposed by the Judge Seybert?
   YES _____ NO _____

(17) Are you presently, or have you been recently, **under the care of a physician or psychiatrist?**
   (*If you select "Yes", the Court may inquire further in open court.*)
   YES __X__  NO _____

(18) Have you recently taken any **narcotic drugs, medicine or pills, or drunk any alcoholic beverage** that may impair your ability to understand what will happen during the Plea Hearing?
   (*If you select "Yes", the Court may inquire further in open court.*)
   YES _____  NO __X__

(19) Have you ever been **hospitalized or treated for narcotic addiction**?
   (*If you select "Yes", the Court may inquire further in open court.*)
   YES _____  NO __X__

(20) Is your **mind clear** so that you will be able to understand what will happen during the Plea Hearing?
   YES __X__  NO _____

(21) Have you discussed with your attorney the **elements** of the crime, or crimes, (*as described in question 2*) that you intend to plead guilty to?
   YES __X__  NO _____

(22) Do you understand the **elements** of the crime, or crimes, (*as described in question 2*) that you intend to plead guilty to?
   YES __X__  NO _____

(23) You have a right to plead **NOT GUILTY**. Do you understand that?
   YES __X__  NO _____

(24) If you plead **not guilty**, under the Constitution of the United States, you are entitled to a **speedy and public trial by a jury** on the charge, or charges, against you and you are entitled to have the assistance of counsel, which need not be your current attorney. Do you understand that?
   YES __X__  NO _____

(25) At trial, you would be **presumed to be innocent**. The Government would have to overcome that presumption and **prove you guilty** by competent evidence (*as described in question 4*) and **beyond a reasonable doubt**. If the Government fails to do that, the jury would have the **duty to find you not guilty**. You **would not** have to prove to the jury that you are innocent. Do you understand that?
   YES __X__  NO _____

(26) At trial, witnesses for the Government will have to testify in your presence and your attorney will have the right to **cross-examine** them on their testimony. Your attorney will be able to **object to evidence** offered by the Government and to **offer evidence** on your behalf. Do you understand that?
   YES __X__  NO _____

(27) At trial, you have the **right to testify** if you choose to do so, however, you are **not required to testify**. Under the Constitution of the United States, you cannot be compelled to **incriminate yourself**. If you do not to testify, Judge Seybert would instruct the jury that they **could not** hold that against you. Do you understand that?
   YES __X__  NO _____

(28) If you plead guilty, you will be **giving up your constitutional rights to a trial by a jury**. There will be no further trial of any kind. You **will not** have right to appeal, or collaterally attack, the **question of whether you are guilty**. Judge Seybert will impose a sentence based on your guilty plea and a judgment of guilty will be entered, which can never be challenged or appealed. Do you understand that?
   YES __X__  NO _____

(29) At sentencing, Judge Seybert must consider the following statutory factors listed in **Title 18, United States Code, Section 3553(a)** of the **Federal Criminal Code and Rules**:

> *The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2 of this subsection. The court, in determining the particular sentence to be imposed, shall consider:*
> 
> *(1)   the nature and circumstances of the offense and the history and characteristics of the defendant,*
> *(2)   the need for the sentence imposed:*
>   *(A)   to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense,*
>   *(B)   to afford adequate deterrence to criminal conduct,*
>   *(C)   to protect the public from further crimes of the defendant, and*
>   *(D)   to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner,*
> *(3)   the kinds of sentences available,*
> *(4)   the kinds of sentence and the sentencing range established for:*
>   *(A)   the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines:*
>     *(i)   issued by the Sentencing Commission pursuant to section 994(a)(1) of title 28, United States Code, subject to any amendments made to such guidelines by act of Congress, and*
>     *(ii)  that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or*
>   *(B)   in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any amendments made to such guidelines or policy statements by act of Congress,*
> *(5)   any pertinent policy statement -*
>   *(A)   issued by the Sentencing Commission pursuant to section 994(a)(2) of title 28, United States Code, subject to any amendments made to such policy statement by act of Congress, and*
>   *(B)   that, except as provided in section 3742(g), is in effect on the date the defendant is sentenced.*
> *(6)   the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct, and*
> *(7)   the need to provide restitution to any victims of the offense.*

Has your attorney **explained these factors** listed in **Title 18, United States Code, Section 3553(a)** to you?
   YES __X__ NO _____

(30) At sentencing, Judge Seybert must also consider the applicable guideline imprisonment range calculated from the **United States Sentencing Guidelines Manuel**. However, imposing a sentence within that range **IS NOT MANDATORY** and a sentence can be imposed either above or below that range. Judge Seybert must also consider your cooperation if the Government submits a Motion for Downward Departure pursuant to **Section 5K1.1** of the guidelines. Do you understand that?
   YES __X__ NO _____

(31) At sentencing, Judge Seybert may impose the **maximum penalties and fines** (*as described in question 3*) on each count you plead guilty to. Do you understand that?
   YES __X__ NO _____

(32) At sentencing, Judge Seybert will impose a **mandatory $100.00 SPECIAL ASSESSMENT** fine that you **must pay** for **each count** you plead guilty to. Do you understand that?
   YES __X__ NO _____

(32.1) **FOR CORPORATE DEFENDANTS ONLY**: At sentencing, Judge Seybert will impose a **mandatory $400.00 SPECIAL ASSESSMENT** fine that you **must pay** for **each count** you plead guilty to. Do you understand that?
   YES _____ NO _____

(33) At sentencing, Judge Seybert may order **RESTITUTION** to be paid to any victims of the crime, or crimes, you plead guilty to. Do you understand that?
   YES __X__ NO _____

(34) At sentencing, Judge Seybert may order the **FORFEITURE** of money and/or property seized as part of the of the crime, or crimes, you plead guilty to. Do you understand that?
   YES __X__ NO _____

(35) If the sentence imposed by Judge Seybert is more severe than you expected, you will be bound by your guilty plea and **will not be permitted to withdraw it**. Do you understand that?
   YES __X__ NO _____

(36) If you plead guilty, you will be **bound by the agreement** you have with the Government and any **waiver of appeal** or **other waiver of rights** within that agreement (*as described in questions 5 and 6*). Do you understand that?
   YES __X__ NO _____

(37) Are you satisfied with **your attorney's legal representation of you** up until this point?
   YES __X__ NO _____

(38) Do you believe **your attorney has done a good job**?
   YES __X__ NO _____

(39) If you plead guilty, based on your answers to questions 36 and 37, you **will not** have right to appeal, or collaterally attack, the **question of whether you are guilty** based on **ineffective assistance of counsel**. Do you understand that?
   YES __X__ NO _____

(40) If you plead guilty, you will be required to describe what you did that makes you guilty of the charge or charges against you. Therefore, you will be acknowledging your guilt and thus, you will be **giving up your right not to incriminate yourself**. Do you understand that?
   YES __X__ NO _____

(41) Are you willing to give up **your right to a trial by a jury and all the other rights** as described above?
   YES __X__ NO _____

(42) Describe, **in your own words**, what you did makes you guilty of the crime, or crimes, charged against you.
   (*Please print clearly and legibly.*)

> On June 7, 2024, I used the Kik messaging app to send a video containing child pornography to another person.

(43) Do you have any **questions you would like to ask the judge** about the crime, or crimes, to which you intend to plead guilty to, your rights, or anything else relating to this matter?
   *(If you select "Yes", the Court will address them in open court.)*
   YES _____ NO __X__

(44) Are you ready to enter your guilty plea?
   *(If you select "No", stop and contact the Court immediately.)*
   YES __X__ NO _____

(45) What is your plea to Count(s) ___One___ of the ☐ Superseding ☐ Information ☒ Indictment?

   GUILTY __X__ NOT GUILTY _____ *(If you selected "Not Guilty", stop and contact the Court immediately.)*

(46) Are you making this plea of guilty **voluntarily and of your own free will**?
   YES __X__ NO _____

(47) Has anyone **threatened or forced you to plead guilty**?
   *(If you select "Yes", the Court may inquire further in open court.)*
   YES _____ NO __X__

(48) Other than the agreement with the Government (*as described in questions 5 and 6*), has anyone made **any promises to you that persuaded you or caused you to plead guilty**?
   *(If you select "Yes", the Court may inquire further in open court.)*
   YES _____ NO __X__

(49) Has anyone made any promises to you as to what your sentence will be now that you plead guilty?
   *(If you select "Yes", the Court may inquire further in open court.)*
   YES _____ NO __X__

## SIGNATURES:

| Renee Hoberman | *(Defendant Signature)* | 6/18/2025 |
|---|---|---|
| *(Defendant – Printed Name)* | | *(Date)* |
| Evan Sugar | *(Defense Counsel – Signature)* | 6/18/2025 |
| *(Defense Counsel – Printed Name)* | | *(Date)* |
| Kaitlin McTague | *(AUSA – Signature)* | 6/18/2025 |
| *(AUSA – Printed Name)* | | *(Date)* |

## CONCLUSION BY THE COURT:

Based upon the information given to me, I find that: 1) the defendant is acting voluntarily, 2) the defendant fully understands his/her rights and the consequences of his/her guilty plea, and 3) there is a factual basis for the guilty plea. Therefore, I hereby **ACCEPT** the defendant's plea of **GUILTY** to Count(s) ___One___ of the ☐ Superseding ☐ Information ☒ Indictment.

**SO ORDERED:** /s/: Joanna Seybert

*Signature of Judge*

Joanna Seybert, Senior U.S.D.J.
*Name and Title of Judge*

Dated: June 18, 2025
Central Islip, N.Y.