

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

KCM
F. #2024R00854

December 12, 2025

<u>By Email and ECF</u>

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Renee Hoberman
     <u>Criminal Docket No. 24-463 (JS)</u>

Dear Judge Seybert:

  The government respectfully submits this letter to request a 30-day extension to January 12, 2026, to submit its sentencing memorandum. This is the government's first extension request.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

       By: /s/ Kaitlin C. McTague
          Kaitlin C. McTague
          Assistant U.S. Attorney
          (631) 715-7878

cc: Clerk of the Court (GRB) (by ECF)
   Evan Sugar, Esq. (by Email and ECF)